JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORN IA

| | |
|---|---|
| CLAUDIA ESTRADA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERIDIAN SENIOR LIVING, LLC, a North Carolina limited liability company; MSL LL, a California limited liability company; MSL II LLC, a limited liability company of unknown jurisdiction; MARY MIMS-BURRIS, an individual; and DOES 1 through 150, inclusive,<br><br>Defendants. | **CASE NO.: 8:17-cv-00825-AG-JDE**<br><br>*[State Court Case No. 30-2017-00906412-CU-WT-CJC - Assigned For All Purposes to: Hon. James J. Di Cesare, Dept.C16]*<br><br>**ORDER GRANTING REMAND TO STATE COURT**<br><br>[Filed Concurrently with [Proposed] Order Granting Joint Stipulation Regarding Remand to State Court]<br><br>Complaint Filed: March 2, 2017<br>Trial Date: None Set |

**NOW, THEREFORE**, based on the Stipulation of Plaintiff CLAUDIA ESTRADA ("Plaintiff") on the one hand; and Defendants MERIDIAN SENIOR LIVING, LLC, MSL, LLC, MSL II, LLC, and MARY MIMS-BURRIS (collectively, "Defendants"), on the other hand; by and through their respective counsel, and for good cause shown, IT IS HEREBY ORDERED AS FOLLOWS:

/ / /

/ / /

1. This Action is remanded to the Superior Court of California—County of Orange.

**IT IS SO ORDERED** this 2nd day of June, 2017.

_____
ANDREW J. GUILFORD
JUDGE, UNITED STATES DISTRICT COURT

Proposed by:
Kristopher P. Badame (SBN 210349)
Jessica B. Armijo (SBN 287742)
**JACKSON LEWIS P.C.**
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380
kristopher.badame@jacksonlewis.com
jessica.armijo@jacksonlewis.com

Attorneys for Defendants
MERIDIAN SENIOR LIVING, LLC; MSL LLC;
MSL II LLC; and MARY MIMS-BURRIS